SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:  (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME ALVAREZ-LOPEZ,<br><br>    Defendant. | No. CR-06-00217 DLJ<br><br>STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO DECEMBER 21, 2007<br><br>Date:    November 16, 2007<br>Time:    9:00 a.m.<br>Court:   Hon. D. Lowell Jensen |

     The above-captioned matter is currently set on November 16, 2007 before this Court for a status hearing and/or setting of a hearing concerning the defendant's alleged violation of his supervised release. The parties request that the Court vacate and continue the November 16, 2007 status hearing to December 21, 2007.

     On November 13, 2007, the United States Attorney's Office filed a single-count information charging the defendant with illegal entry into the United States in violation of Title 8, United States Code, Section 1325, a misdemeanor (Case No. CR-07-0715 WDB). The defendant will be arraigned on the Information before Magistrate Judge Brazil on November 19, 2007. The same conduct at issue in the Information also gives rise to the Petition for Arrest Warrant for Offender Under Supervision ("Petition") in Case No. CR-06-00217 DLJ, now

STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO DECEMBER 21, 2007
No. CR-06-00217 DLJ

1  pending before this Court.  Therefore, on November 13, 2007, the United States Attorney's
2  Office filed a Notice of Related Case.
3       The parties are currently discussing a global disposition of this matter, which, pending the
4  Court's approval, could resolve the Petition currently pending before this Court and the
5  Information filed on November 13, 2007.  The parties require additional time to explore several
6  issues related to the possible disposition of this matter and the additional time would allow for
7  the completion of several matters in that regard.  The extension is not sought for delay.  The
8  parties anticipate that this matter will be ready for change of plea and sentencing on December
9  21, 2007, assuming the global disposition is acceptable to the Court.

DATED: November 14, 2007

    /S/                                                                     /S/
JAMES C. MANN                                  RANDALL G. KNOX
Assistant United States Attorney              Counsel for Jaime Alvarez-Lopez
Counsel for United States

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

1
2
3
4
5
6
7
8
9
10
11                        UNITED STATES DISTRICT COURT
12
                          NORTHERN DISTRICT OF CALIFORNIA
13
14                                OAKLAND DIVISION

15  UNITED STATES OF AMERICA,        )    No. CR-06-00217 DLJ
16                                   )
17         Plaintiff,                )    ORDER GRANTING STIPULATED
                                     )    REQUEST TO VACATE STATUS
18                                   )    HEARING DATE TO DECEMBER 21,
                                     )    2007
19      v.                           )
                                     )    Date:    November 16, 2007
20                                   )    Time:    9:00 a.m.
21  JAIME ALVAREZ-LOPEZ              )    Court:   Hon. D. Lowell Jensen
                                     )
22         Defendant.                )
23                                   )

24

25      The parties jointly requested that the status hearing in this matter be moved from
26  November 16, 2007 to December 21, 2007 to allow the parties to address certain issues related to
27  a possible disposition of this matter and to effectively prepare for the hearing, taking into account
28  the exercise of due diligence.  Good cause appearing therefor,

STIPULATED REQUEST TO VACATE STATUS HEARING DATE TO DECEMBER 21, 2007
No. CR-06-00217 DLJ

**IT IS HEREBY ORDERED** that the status hearing in this matter is moved from November 16, 2007 to December 21, 2007 at 9:00 a.m.

DATED: November 15, 2007

_____
HON. D. LOWELL JENSEN
United States District Judge

Distribute to:

Randall G. Knox
870 Market Street, Suite 1152
San Francisco, CA 94102
Fax:  (415) 765-7501
Counsel for Defendant

James C. Mann
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff